```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10186
   DEANGELA LEWIS
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-8484
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/24/08 and confirmed on 06/23/08.

   2.  The case was dismissed after confirmation, 10/23/2008.

   3.  The Debtor paid a total of $    300.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE NOW ACCEPTANCE COR | SECURED VEHIC | 7872.00 | .00 | 167.26 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| JUDSON COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| JUDSON COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| LCA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| MIC COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| TITLE LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| TOYOTA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
TRG ACCOUNT SERVICES       UNSECURED      NOT FILED              .00          .00
UNIVERSITY OF PHOENIX      UNSECURED      NOT FILED              .00          .00
US DEPT OF EDUCATION       UNSECURED      NOT FILED              .00          .00
US DEPT OF EDUCATION       UNSECURED      NOT FILED              .00          .00
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED              .00          .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|--------------------|----------|----------|-----------|-------|---------|
| TOTAL CLMS ALLOWED | 7872.00  | .00      | .00       | .00   | 7872.00 |
| PRINCIPAL PAID     | 167.26   | .00      | .00       | .00   | 167.26  |
| INTEREST PAID      | .00      | .00      | .00       | .00   | .00     |
| TOTAL PAID         | 167.26   | .00      | .00       | .00   | 167.26  |

The Debtor's attorney, JAMES A YOUNG & ASSOC     , was allowed $    2000.00 and was paid $    115.34 .

The Trustee received $    17.40 .

Refunds to the Debtor totaled $    .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 10186 DEANGELA LEWIS